Clark v. Wallace

---

---

CAROL CLARK, MR. AND MRS. ROBERT L. ANDERSON, ELANORE CAMP, J. M. SHOOK, MR. AND MRS. PAUL CALDWELL, MR. AND MRS. C. B. BITTNER, VIRGINIA HERNDON, RHONDA BLEVINS, MR. AND MRS. ANDREW MOLIVITZ, MR. MORRIS FOX AND MR. ROBERT SMITH v. VERNON RANDOLPH WALLACE, ALIAS VERNON HENDERSON, SANDRA HAMLIN WALLACE, ALIAS SANDRA HENDERSON, D/B/A INTERNATIONAL DANCE STUDIO, VERNON RANDOLPH'S DANCE STUDIO

No. 7528DC514

(Filed 19 November 1975)

**Appeal and Error § 14— failure to appeal within 10 days after judgment**

The Court of Appeals did not obtain jurisdiction where the appeal was not taken within 10 days after rendition of the judgment appealed from as required by G.S. 1-279, and the appeal must be dismissed.

APPEAL by plaintiff from *Allen, Judge.* Order entered 7 April 1975 in District Court, BUNCOMBE County. Heard in the Court of Appeals 14 October 1975.

*Henry G. Fisher for plaintiff appellants.*

*S. Thomas Walton for defendant appellees.*

CLARK, Judge.

It appears from the record on appeal that appeal was taken on 22 April 1975 from the order of dismissal rendered in session on 7 April 1975. Plaintiff failed to comply with G.S. 1-279, which requires that appeal must be taken within 10 days after rendition of judgment. Under these circumstances the Court of Appeals does not obtain jurisdiction, and we must dismiss it. *Oliver v. Williams,* 266 N.C. 601, 146 S.E. 2d 648 (1966).

Appeal dismissed.

Chief Judge BROCK and Judge HEDRICK concur.